DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MAURICE SYMONETTE, CLYDE MCPHATTER, LEROY WILLIAMS, MACK WELLS** and **JAMES LITTLEJOHN,**
Appellants,

v.

**JP MORGAN CHASE BANK, N.A.,**
Appellee.

No. 4D17-2666

[April 5, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. 06-2007-CA-012687-AXXX-CE.

Maurice Symonette, Clyde McPhatter, Leroy Williams, Mack Wells and James Littlejohn, Miami, pro se.

William D. Mueller, Elliot B. Kula, and W. Aaron Daniel of Kula & Associates, P.A., Miami, for appellee JPMorgan Chase Bank, N.A.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***